UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHARLES WYNN,                                    :

               Petitioner,            :       08 Civ. 3894 (RJS) (GWG)

    -v.-                                             :       ORDER

JOHN B. LEMPKE,                                  :

               Respondent.           :
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      Attachment "A" to the Petition filed in this matter (Docket #1) consists of the petitioner's brief in his state appeal. Because it contains the name of the victim in this case, it is hereby ORDERED that this attachment shall be filed under seal. The Petition itself shall remain unsealed.

      SO ORDERED.

Dated: April 9, 2009
       New York, New York

                                              GABRIEL W. GORENSTEIN
                                              United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/13/2009